IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER BROWN,

      Petitioner,                    No. CIV S-09-0541 EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Respondents.               ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 6, 2009, the court dismissed petitioner's application for a writ of habeas corpus for failure to name the proper respondent, and gave petitioner 30 days to file an amended petition naming the proper respondent and warned petitioner that failure to file an amended petition could result in dismissal of this action.

        The 30-day period has expired and petitioner has not filed an amended petition. However, on April 1, 2009, petitioner requested that the court order prison officials at the California Institute for Men, where he was recently transferred, to provide petitioner with his legal property and allow petitioner access to the law library. Compliance with this court's March 6, 2009 order does not require library access, as petitioner simply needs to amend his petition to name the proper respondent, which is the warden of the facility where petitioner is

1

confined.

Accordingly, it is hereby ORDERED that plaintiff's April 1, 2009 request, construed as a request for an extension of time, is granted and plaintiff must file an amended petition naming the proper respondent within 30 days from the date of this order. The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of Habeas Corpus used in this court, as well as a copy of the February 25, 2009 petition. Failure to comply with this order may result in this action being dismissed.

Dated: April 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE